179 So.2d 18

**PIONEER BANK & TRUST COMPANY**

**v.**

**Howard F. FOGGIN.**

**No. 47924.**

Oct. 21, 1965.

In re: Howard F. Foggin applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 177 So.2d 131.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, the judgment complained of is correct.

179 So.2d 18

**Albert L. CAPUDER**

**v.**

**Louise MISKO**

**Louise MISKO**

**v.**

**Albert L. CAPUDER.**

**No. 47931.**

Oct. 21, 1965.

In re: Louise Misko applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 177 So.2d 592 and 596.

Writs refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.